UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TRINA REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 3:17- cv -182 |
| ) | |
| MEDICAL STAFFING ) | |
| SOLUTIONS, LLC. ) | |
| ) | |
| Defendant. ) | |

COMPLAINT AND DEMAND FOR JURY TRIAL

I. Nature of the Case

1. This is an action brought by Plaintiff, Trina Reed ("Reed"), by counsel, against Defendant, Medical Staffing Solutions, LLC ("Defendant"), pursuant to the Americans with Disabilities Act, as amended, ("ADAAA") 42 U.S.C. § 12101 et seq.

II. PARTIES

2. Reed is a citizen of the United States and, at all times relevant to this litigation, resided in Vanderburgh County, State of Indiana, which is within the geographical boundaries of the Southern District of Indiana.

3. Defendant is a Domestic Limited Liability Company, which maintains offices and conducts operations in Vanderburgh County, Indiana within the Southern District of Indiana.

III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 12117.

5. Defendant is an "employer" as that term is defined by 42 U.S.C. § 12111(5)(A).

6. At all times relevant to this action, Reed was an "employee" as that term is defined by 42 U.S.C. § 12111(4).

7. Reed is associated with and cares for several "qualified individual with a disability" as defined by the Americans with Disabilities Act, 42 U.S.C. §§ 12102(2) and 12111(8) and/or Defendant knew of Reed's association with persons who have a disability and/or Reed is associated with persons who Defendant regarded as being disabled.

8. Reed exhausted her administrative remedies by timely filing a charge of discrimination against Defendant with the Equal Employment Opportunity Commission, claiming discrimination based on disability, and filing this Complaint within ninety (90) days of receipt of her Notice of Suit Rights.

9. A substantial portion of the events, transactions, and occurrences concerning this case have arisen in the geographical environs of the Southern District of Indiana, thus venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

10. Reed was hired by Defendant on or about June 1, 2015 and worked as a Clinical Nurse Manager and Candidate Manager.

11. At all times relevant, Reed met or exceeded Defendant's legitimate performance expectations.

12. Reed is the mother to several children who have special needs, of which Defendant was aware. Reed's children are disabled as that term is defined by the Americans with Disabilities Act and its amendments. Due to the fact that Reed's children are minors, their names, disabilities and conditions will not be described herein.

13. In Reed's employment role, she worked in the office with a set schedule of 8 a.m. to 4:30 p.m. with no holidays and/or weekends. This schedule was agreed upon and was of high importance to Reed's ability to care for her disabled children, which includes, but is not limited to, the passing of medications and at-home care.

14. However, on or about March 1, 2017, Reed and the other office staff were told they would have to start working on the floor, which consisted of varying shifts with little notice.

15. In compliance, Reed worked at Brentwood on March 17, 2017. On March 20, 2017, Defendant's scheduler, Elizabeth Leonard ("Leonard"), informed Reed she would have to work at Oasis on Tuesday (the following day), Wednesday, and Thursday. Reed informed Leonard and Joan Reneer ("Reneer") that she could not work these hours because of her children with special needs.

16. On March 21, 2017, Reed informed Taylor Cates ("Cates"), Defendant's Human Resources Manager, that she could not work the floor without adequate notice because of her children and their medical needs. Reed made a reasonable accommodation request to have her floor work limited to once a month - with notice - and this upset Taylor.

17. No one with the Defendant engaged in the interactive process with Reed to determine if there was a reasonable accommodation available for Reed.

18. On or about March 22, 2017, Defendant terminated Reed's employment. The reason given is pretext for discrimination based on Reed's association with individuals with a disability. Similarly-situated individuals who are not associated with an individual with a disability have been treated more favorably.

## V. LEGAL ALLEGATIONS

### DISABILITY DISCRIMINATION

19. Reed hereby incorporates paragraphs one (1) through eighteen (18) of her Complaint.

20. Defendant violated Reed's rights by failing to engage in the interactive process to determine a reasonable accommodation, denying her request for a reasonable accommodation and terminating her employment due to her association with persons with a disability.

21. Defendant's actions were intentional, willful and in reckless disregard of Reed's rights as protected by the ADAAA.

22. Reed has suffered and continues to suffer harm as a result of Defendant's unlawful actions.

### REQUESTED RELIEF

WHEREFORE, Plaintiff, Trina Reed, by counsel, respectfully requests that this Court find for Plaintiff and order Defendant to:

1. Reinstate Plaintiff to the position, salary and seniority level she would have enjoyed but for Defendant's unlawful employment actions, or award her front pay in lieu thereof;

2. Pay to Plaintiff all of his lost wages and benefits;

3. Pay to Plaintiff compensatory damages, damages for emotional distress and payment of uncovered medical bills and/or insurance premiums;

4. Pay to Plaintiff punitive damages;

5. Pay to Plaintiff pre- and post-judgment interest;

6. Pay Plaintiff's costs and attorney fees incurred in litigating this action; and,

7. Provide any further equitable relief this Court sees fit to grant as allowed by statute.

Respectfully submitted,

s/*Kyle F. Biesecker*
Kyle F. Biesecker
Lauren E. Berger
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, Indiana 47708
Telephone: (812) 424-1000
Facsimile: (812) 424-1005
Email: kfb@bdlegal.com
lberger@bdlegal.com

*Attorneys for Plaintiff, Trina Reed*

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff, Trina Reed, by counsel, respectfully requests a jury trial for all issues deemed triable by jury.

Respectfully submitted,

s/*Kyle F. Biesecker*
Kyle F. Biesecker
Lauren E. Berger
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, Indiana 47708
Telephone: (812) 424-1000
Facsimile: (812) 424-1005
Email: kfb@bdlegal.com
lberger@bdlegal.com

*Attorneys for Plaintiff, Trina Reed*